**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW HILL, an individual, on behalf of himself, all members of the putative class, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act of 2004 ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY, a New York Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:21-CV-00029-NONE-SKO<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 7)<br><br>Complaint Filed:   December 4, 2020<br>Case Removed:     January 11, 2021 |

This matter comes before the Court on the Joint Stipulation to File First Amended Complaint (the "Stipulation") filed by Plaintiff Andrew Hill ("Plaintiff") and Defendant International Paper Company ("Defendant"). (Doc. 7.) Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby GRANTED as follows:

1. Plaintiff shall file a First Amended Complaint within seven (7) days of entry of this Order; and

2. Defendant shall file a responsive pleading within twenty-one (21) days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **February 17, 2021**                    /s/ *Sheila K. Oberto*

1

ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT

UNITED STATES MAGISTRATE JUDGE