UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HILL,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>        Defendant. | No. 1:21-cv-00029-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 33) |

On June 6, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 33.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __June 7, 2024__                  /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE